**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
MICHAEL WILLIAMS,,

                Petitioner,                    18 **CIVIL** 2172 (KMK)

   -v-                                                   <u>**JUDGMENT**</u>

JAIME LAMANNA,

                Respondent.
-------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated March 25, 2024, that the R&R, dated October 11, 2023, is ADOPTED in its entirety. ORDERED that the Petition is DISMISSED. ORDERED that because Petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue, see 28 U.S.C. § 2253(c)(2); Small v. Orange Cnty. Ct., Prosecutors Off., No. 18- CV-2716, 2020 WL 1082710, at *2 (S.D.N.Y. Mar. 5, 2020) (citing Lucidore v. N.Y. State Div. of Parole, 209 F.3d 107, 11112 (2d Cir 2000)), and the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith, Whitted v. Stallone, No. 11-CV-7569, 2016 WL 1268278, at *1 (S.D.N.Y. Mar. 30, 2016) (citing Coppedge v. United States, 369 U.S. 438, 445 (1962)). Accordingly, the case is closed.

**Dated:**  New York, New York

     March 26, 2024                                                 **RUBY J. KRAJICK**
                                                                             **Clerk of Court**

                                                 **BY:**

                                                                            **Deputy Clerk**